JPML FORM 1A	DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 293 -- IN RE ANTHRACITE COAL ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 12/22/76 | 1 | MOTION, BRIEF, EXHIBITS A, B, C, D, & E, w/cert of service<br>DEFENDANTS -- READING ANTHRACITE COAL CO. &<br>LEHIGH VALLEY COAL SALES CO., INC.<br>SUGGESTED TRANSFEREE DISTRICT: M.D. PENNSYLVANIA |
| 1/3/77 | | APPEARANCES -- Leon H. Kline for Glen Burn Colliery<br>Edwin P. Rome for Greenwood Strippng Corp. & Lehigh Navigation-Dodson Co.<br>Edward F. Mannino for Reading Anthracite Coal Co.<br>Victor Wright for Wilkes-Barre Steam Heat Co.<br>Howard A. Specter for Clair C. & Shirley Connors<br>Merrill G. Davidoff for The Scl. Dist. of Phila., Pa.<br>Arnold Levin for Penn Mart Realty Co. |
| 1/3/77 | 2 | RESPONSE -- PLAINTIFF PENN MART REALTY COMPANY w/cert. of service |
| 1/3/77 | 3 | RESPONSE -- PLAINTIFF WILKES BARRE STEAM HEAT COMPANY w/cert. of svc. |
| 1/5/77 | 4 | RESPONSE -- PLAINTIFF SCHOOL DISTRICT OF PHILADELPHIA w/cert. of svc. |
| 1/11/76 | 5 | REPLY -- READING ANTHRACITE COAL CO. w/cert. of service |
| 1/13/77 | 6 | RESPONSE -- PLAINTIFF SCHOOL DISTRICT OF PHILADELPHIA w/cert. of svc. |
| 1/18/77 | | APPEARANCE -- MOREY M. MYERS, ESQ. for LEHIGH VALLEY COAL SALES CO. |
| 1/26/77 | 7 | RESPONSE -- Plaintiff STATE OF NEW YORK AND CITY OF NEW YORK w/cert. of service. |
| 2/2/77 | | HEARING ORDER FILED -- Setting A-1 through A-4 for hearing -- Feb. 25, 1977 -- New Orleans, La. |
| 2/3/77 | 8 | AMENDMENT TO MOTION-- MOVANTS -- to include B-1 and B-2 |
| 2/3/77 | | AMENDMENT TO HEARING ORDER -- to include B-1 and B-2 for docket no.293-- filed today. Notified involved counsel and Judge. |
| 2/7/77 | 9 | RESPONSE -- PLAINTIFF SCHOOL DISTRICT OF PHILADELPHIA w/cert. of svc. |
| 2/9/77 | | APPEARANCE -- DAVID I. SHAPRIO, ESQ. for City of N.Y., State of N.Y. |
| 2/11/77 | 10 | MOTION of Defendants Greenwood Stripping Corp. and Lehigh Navigation-Dodson Company to add C-1 for consideration with the Section 1407 motion w/cert. of service. |
| 2/15/77 | | C-1 Ardea Realty Corp. v. Blue Coal Corp., et al., S.D.N.Y., C.A. 77 Civ 372-RLC   AMENDMENT TO HEARING ORDER to Add. |
| 2/18/77 | 11 | MEMORANDUM IN OPPOSITION TO TRANSFER Ardea Realty Corp. v. Blue Coal Corp., et al., 77Civ372 TO THE MIDDLE DISTRICT OF PA. -- Ardea Realty Corp., w/cert. of service. |
| 2/18/77 | 12 | ANSWER TO MOTION OF DEFENDANTS GREENWOOD STRIPPING CORP. AND LEHIGH NAVIGATION-DODSON COMPANY AND CROSSMOTION TO TRANSFER TO M.D. PA.--DEFENDANTS READING ANTHRACITE COAL CO., AND LEHIGH VALLEY COAL SALES CO., INC. w/cert. of service. |
| 2/22/77 | | WAIVER OF ORAL ARGUMENT -- Wilkes-Barre Steam Heat Co. -- for Feb.25, 1977 hearing. |
| 2/22/77 | | WAIVER OF ORAL ARGUMENT -- Glen Burn Colliery, Inc. -- for Feb. 25, 1977 hearing. |
| 2/23/77 | | APPEARANCE -- ROBERT M. KAPLAN, ESQ. FOR ARDEA REALTY CORP. |

| JPML FORM 1A - Continuation | | DOCKET ENTRIES -- p. 2 |

DOCKET NO. 293 -- IN RE ANTHRACITE COAL ANTITRUST LITIGATION

| Date | No. Code | |
|------|----------|---|
| 2/24/77 | | WAIVER OF ORAL ARGUMENT -- Greenwood Stripping and Lehigh Navigation-Dodson Co. for 2/25/77 hearing |
| 2/25/77 | | WAIVER OF ORAL ARGUMENT -- Greenwood Stripping and Lehigh Navigation-Dodson Co. for 2/25/77 hearing |
| 3/21/77 | 13 | AMENDED MOTION -- GREENWOOD STRIPPING & LEHIGH NAVIGATION-DODSON w/cert. of service to add D-1 |
| 3/28/77 | 14 | RESPONSE -- CROSS MOTION Re: D-1 -- READING ANTHRACITE COAL CO. AND LEHIGH VALLEY w/cert. of service |
| 4/29/77 | 15 | RESPONSE TO DEFENDANTS' MOTION FOR TRANSFER UNDER 28 U.S.C. §1407 -- Plaintiff City of Philadelphia w/cert. of service. |
| 5/11/77 | | APPEARANCE -- LEE A. FREEMAN for COMMONWEALTH OF PENNA. |
| 8/15/77 | | OPINION AND ORDER FILED TODAY -- TRANSFERRING A-2, B-1, B-2 and C-1 pursuant to 28 U.S.C. §1407 to the M.D. Penn. for assignment to Judge Malcolm Muir |
| 8/15/77 | | Consent of Transferee Court for J. Muir to handle litigation in M.D. Penn. under 28 U.S.C. §1407. |
| 8/30/77 | | D-1 The Commonwealth of Penn., et al. v. Blue Coal Corp., et al., E.D.PA., C.A.NO. 77-699  CTO FILED TODAY.  NOTIFIED INVOLVED COUNSEL. |
| 9/15/77 | | D-1 Commonwealth of PA., et al. v. Blue Coal Corp., et al., E.D.PA., C.A. No. 77-699  CTO FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES. |
| 10/28/77 | | D-2 Great Lakes Carbon Corp. v. Blue Coal Corp., et al. E.D. PA, C.A. No. 77-3154 |
| 10/28/77 | | D-3 City of Philadelphia v. Blue Coal Corp., et al. E.D. PA, C.A. No. 77-1212 |
| 10/28/77 | | D-4 Colonial Fuel Comp. v. Blue Coal Corp., et al. E.D. PA, C.A. No. 77-3093  CTO Filed today notified involved Counsel and Judges |
| 11/14/77 | | D-2 Great Lakes Carbon Corp. v. Blue Coal Corp., et al., E.D. Pa. C.A.#77-3154 |
| | | D-3 City of Philadelphia v. Blue Coal Corp., et al., E.D.Pa. C.A.#77-1212 |
| | | D-4 Colonial Fuel Company v. Blue Coal Corp.,etal., E.D. Pa. C.A.#77-3093  CTO's FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES. |
| 3/15/78 | | D-5 ALLIED CHEMICAL CORP. V. BLUE COAL CORP., ET AL., E.D.PA. C.A. NO. 78-721 -- CONDITIONAL TRANSFER ORDER FILED TODAY Notified counsel, involved judges.  rew |
| 3/31/78 | | D-5 ALLIED CHEMICAL CORP. V. BLUE COAL CORP., ET AL., E.D.PA. C.A. No. 78-721 Conditional Transfer order final today. Notified transferee judge, transferor judge, involved clerks |
| 4/11/78 | | D-6 Aluminum Co. of America v. Blue Coal Corp., et al., E.D. Penn. Civil Action No. 78-924  CTO FILED TODAY.  Notified involved Counsel and Judges (emh) |
| 4/27/78 | | D-6 Aluminum Co. of America v. Blue Coal Corp., Et al., E.D. Penn. Civil Action No. 78-924  CTO FINAL TODAY.  Notified involved Clerks and Judges (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 293 -- In re Anthracite Coal Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 2/2/79 | | ORDER TO SHOW CAUSE -- filed today (D-7) Pa. v. Bethlehem Steel Corp., et al., E.D. Pa., C.A. No. 78-4296 and D-8 Allied Chemical Corp. v. Greenwood Mining Co., et al., E.D. Pa., C.A.No. 78-4278. Notified MDL-293 Counsel, and Involved Counsel and Involved Defendants and Involved Judges (rew) |
| 2/21/79 | 16 | RESPONSE -- Defendants Bethlehem Steel Corp., et al.,w/cert of svc. (ea) |
| 2/21/79 | 17 | RESPONSE -- Glen Alden Coal Co. w/cert. of svc. (ea) |
| 2/21/79 | 18 | RESPONSE -- Defts. Lehigh Valley Anthracite, Inc., et al. w/cert. of svc. (ea) |
| 2/21/79 | 19 | MEMORANDUM IN OPPOSITION TO TRANSFER (D-7) -- F&D Coal Sales Co., w/cert. of svc. (ea) |
| 2/20/79 | | HEARING ORDER -- Setting D-7 Pa. v. Bethlehem Steel Corp., et al, E.D. Pa., #78-4296 and D-8 Allied Chemical Corp v. Greenwood Mining Co., et al., E.D. Pa., #78-4278 for hearing in N.D. California on March 23, 1979 (cds) |
| 2/22/79 | 20 | RESPONSE -- The Commonwealth of Penn. w/cert. of svc. (ea) |
| 2/26/79 | 21 | RESPONSE -- Allied Chemical Corp. w/appendixes & cert. of svc. (ea) |
| 3/1/79 | 22 | REPLY -- Lehigh Valley Anthracite, Inc., et al. -- w/Exhibit A and cert. of svc. (emh) |
| 3/16/79 | | HEARING APPEARANCES: LEE FREEMAN, SR., ESQ. FOR Commonwealth of Pa.; EDWARD MENGEL, JR., ESQ. FOR F & D Coal Sales Co.; STEPHEN MARSHALL, ESQ. FOR Glen Alden Coal Co.; RICHARD P. MCELROY, ESQ. FOR Bethleham Steel Corp., et al.; DANIEL MARGOLIS, ESQ. FOR Aluminum Co. of America (cds) |
| 3/16/79 | | WAIVER OF ORAL ARGUMENT: Joseph Fauzio; Joseph Frank; Foster F. Frable; Reading Anthracite Co.; Charles W. Dilley; State and City of New York; Allied Chemical Corp.; Lehigh Valley Anthracite, Inc., Jeddo-Highland Coal Co., Pagnotti Enterprises, Inc., Pagnotti Coal Co. and Ronald Ulmer; Great Lakes Carbon Corp. (cds) |
| 3/28/79 | | ORDER DEFERRING PANEL DECISION -- (D-7) Commonwealth of Pa. etc.v. Bethlehem Steel Corp.,etal.,E.D.Pa.,C.A.No.78-4296 (D-8) Allied Chemical Corp. v. Greenwood Mining Co.,etal. E.D.Pa.,C.A.No. 78-4278 -- to transfer to the M.D.Pa., under 28 U.S.C. §1407. (ea) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 293 -- In re Anthracite Coal Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 4/23/79 | | Suggestion of Remand for B-2, D-1, D-2, D-5 and D-6 from Judge Muir    (emh) |
| 4/23/79 | | CONDITIONAL REMAND ORDERS FILED TODAY --<br>B-2 State of New York v. Blue Coal Corp., et al., M.D.Pa., C.A.No. 77-771 (E.D.Pa., #77-229)<br>D-1 Commonwealth of Pennsylvania v. Blue Coal Corp., et al. M.D.Pa., C.A.No. 77-867 (E.D.Pa., #77-867)<br>D-2 Great Lakes Carbon Corp. v. Blue Coal Corp., et al., M.D.Pa., C.A.No. 77-1047 (E.D.Pa., #77-3154)<br>D-5 Allied Chemical Corp. v. Blue Coal Corp., et al., M.D.Pa., C.A.No. 78-318 (E.D.Pa., 78-721)<br>D-6 Aluminum Co. of America v. Blue Coal Corp., et al., M.D.Pa., C.A.No. 78-409 (E.D.Pa., 78-924)<br>NOTIFIED INVOLVED COUNSEL AND JUDGES.    (emh) |
| 5/8/79 | 23 | NOTICE OF OPPOSITION -- B-2, D-1, D-2, D-5 and D-6 CRO's filed by Defts. Reading Anthracite Co., et al. (ea) |
| 5/8/79 | 24 | NOTICE OF OPPOSITION -- B-2, D-1, D-2, D-5 and D-6 CRO's filed by Greenwood Stripping Corp., et al.(ea) |
| 5/22/79 | 25 | MOTION TO VACATE CRO's -- B-2, D-1, D-2 and D-6 filed by Reading Anthracite Co., et al. w/cert. of svc. (ea) |
| 5/22/79 | 26 | MOTION TO VACATE CRO's -- B-2, D-1, D-2 and D-6 filed by Bethlehem Steel Corp., et al. w/cert. of svc. (ea) |
| 5/24/79 | | HEARING ORDER--setting (B-2, D-1, D-2, D-5 and D-6) for hearing to be held in Boston, Mass. on 6/22/79. (ea) |
| 6/5/79 | 27 | JOINT MEMORANDUM TO MOTION TO VACATE--pltfs. Commonwealth of Pa., et al. w/cert. of svc. (ea) |
| 6/6/79 | 28 | RESPONSE TO DEFENDANTS" MOTION TO VACATE CRO's -- Allied Chemical Corp. -- w/cert. of serv. (cds) |
| 6/11/79 | 29 | REPLY/MEMORANDUM -- Reading Anthracite Coal Co., et al. -- w/Exhibit A and cert. of svc.    (emh) |
| 6/18/79 | | WAIVERS OF ORAL ARGUMENT for hearing held 6/22/79 in Boston Mass. -- City of New York, et al., State of New York; James J. Tedesco;Aluminum Co. of America;Glen Burn Collrery, Inc.; Farragut Anthracite Co.;Kerris & Helfrick Inc.;Helker Construction;Charles Dilley;Joseph J. Fauzio; Foster Frable;Reading Anthracite Co.;F & D Coal Sales Co. and Glen Alden Coal Co. (ea) |
| 6/18/79 | | APP HEARING APPEARANCES for hearing held 6/22/79 in Boston, Mass.-- Norman L. Holmes, Esq. for Greenwood Stripping Corp., Greenwood Mining Co., Lehigh Navigation-Dodson Co.;Pocono Fuels co.; and Bethlehem Steel Corp; Karen M. McAlinn, Esq. for Reading Anthracite Coal Co.; Lehigh Valley Anthracite, Inc.; Jeddo-Highland Coal Co.; Pagnotti Enterprises, Inc.; Pagnotti Coal Co.; |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 293 -- In re Anthracite Coal Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 6/18/79 cont. | | and Lehigh Valley Coal Sales Co., Inc.; Michael M. Baylson, Esq. for Allied Chemical Corp.; Lee A. Freeman, Sr., Esq. for Commonwealth of Pennsylvania; and Robert W. DeVos, Jr., Esq. for Great Lakes Carbon Corp. (ea) |
| 6/21/79 | 30 | TELEGRAM -- READING ANTHRACITE COAL CO./LIAISON COUNSEL FOR ALL DEFENDANTS -- Withdrawing opposition to Conditional Remand Orders filed on May 23, 1979 |
| 7/2/79 | | ORDER -- Remanding B-2, D-1, D-2, D-5 and D-6, and Granting Motions to Vacate Show Cause Order in D-7 and D-8 -- Notified Involved Judge, Clerks and Counsel (cds) |

JPML Form 1                Case MDL No. 293 Document 1 Filed 05/05/15 Page 6 of 14    436    402

DOCKET NO. 293 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ANTHRACITE COAL ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 2/25/77
Consolidation Ordered 8/15/77          Consolidation Denied _____
Opinion and/or Order 8/15/77
Citation **436 F. Supp. 402**

Transferee District MIDDLE DISTRICT OF PENNSYLVANIA    Transferee Judge MALCOLM MUIR (Williamsport)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Penn Mart Realty Co., etc. v. Blue Coal Corp., et al. | M.D.Pa. Nealon MUIR | 76-1459 | DISM. | | 12/28/77 | |
| A-2 | The School Dist. of Philadelphia, Pa. v. Blue Coal Corp., et al. | E.D.Pa. Higginbotham | 76-3682 | DISM 8/15/77 | 77-769 | 10/14/77 | |
| A-3 | Clair C. Connors and Shirley Connors, etc., v. Blue Coal Corp., et al. | M.D.Pa. Nealon MUIR | 76-1495 | | | 1/31/78 | |
| A-4 | Wilkes-Barre Steam Heat Co., etc. v. Blue Coal Corp., et al. | M.D.Pa. Nealon MUIR | 76-1500 | | | 10/14/78 | 2/3/77 Mot. Amd. |
| B-1 | City of New York, N.Y., et al. v. Blue Coal Corp., et al. | E.D.N.Y. Higginbotham | 77-253 | 8/15/77 | 77-770 | 3/19/79 | " " |
| B-2 | State of New York v. Blue Coal Corp., et al. | E.D.Pa. Higginbotham | 77-229 | 8/15/77 | 77-771 | 7/2/79 R | |
| C-1 | Ardea Realty Corp., v. Blue Coal Corp., et al. | S.D.N.Y. | 77CIV372(RLC) | 8/15/77 | 77-772 | 1/17/79 | |
| D-1 | Commonwealth of Peansyvania v. Blue Coal Corp., et al.  8/30/77 | E.D.Pa. | 77-699 | 9/15/77 | 77-867 | 7/2/79 R | |
| XYZ-1 | Steven J. Hartz, etc. v. Blue Coal Corp., et al. | M.D.Pa. | 77-699 | | | 10/14/78 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-2 | Great Lakes Carbon Corporation v. Blue Coal Corporation, et al. 10/28 | E.D.PA Higginbotham | 77-3154 | 11/14/77 | 77-1047 | 7/2/79 Rem | |
| D-3 | City of Philadelphia v. Blue Coal Corporation, et al. 9/28 | E.D.Pa Higginbotham | 77-1212 | 12/1/77 | 77-1047 | 1/24/78 | Dismissed |
| D-4 | Colonial Fuel Company v. Blue Coal Corporation, et al. 10/28 | E.D.Pa Higginbotham | 77-3093 | 11/14/77 | 77-1049 | 10/14/78 | |
| D-5 | Allied Chemical Corp. v. Blue Coal Corp., et al. 3/15/78 | E.D.Pa. Becker | 78-721 | 3/31/78 | 78-318 | 7/2/79 R | |
| D-6 | Aluminum Company of America v. Blue Coal Corp., et al. 4/11/78 | E.D.PA Luongo | 78-924 | 4/27/78 | 78-409 | 7/2/79 R | |
| XYZ-1 | Pennsylvania Power & Light Co. v. Blue Coal Corp., et al. | M.D.PA. | Civ 78-269 | | | | |
| D-7 | Commonwealth of Pennsylvania, etc. v. Bethlehem Steel Corp., et al. | E.D.Pa. Becker | 78-4296 | | | vacated 7/2/79 | |
| D-8 | Allied Chemical Corp. v. Greenwood Mining Co., et al. | E.D.Pa. Becker | 78-4278 | | | | |

July 1978 — 10 TR/5 XYZ/5 DISD/10 PDG

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 293 -- IN RE ANTHRACITE COAL ANTITRUST LITIGATION

---

STATE OF NEW YORK (B-2)
David I. Shapiro, Esquire
Dickstein, Shapiro & Morin
2101 L Street, N.W.
Washington, D. C.  20037

COMMONWEALTH OF PENNA. (D-1) and (D-7)
Lee A. Freeman, Sr., Esquire
Freeman, Rothe, Freeman & Salzman
One IBM Plaza, Ste. 3200
Chicago, Illinois  60611

ALLIED CHEMICAL CORP. (D-5) and (D-8)
Michael M. Baylson, Esquire
Duane, Morris & Heckscher
16th Floor, 100 S. Broad Street
Philadelphia, Pa.  19110

GREAT LAKES CARBON CORP. (D-2)
James H. Kelley, Esquire
Bergson, Vorklan, Margolis & Adler
11 DuPont Circle, N.W.
Washington, D. C.  10036

ALUMINUM COMPANY OF AMERICA (D-5)
Daniel H. Margolis, Esquire
Bergson, Borkland, Margolis & Adler
11 DuPont Circle, N.W.
Washington, D. C.  20026

BLUE COAL CORP.
James J. Haggerty, Esq.
203 Franklin Avenue
Scranton, Pa.  18508

GLEN BURN COLLIERY, INC.
Leon H. Kline, Esq.
1201 Phil. Savings Fund Bldg.
12 South 12th Street
Philadelphia, Pa.  19107

GREENWOOD STRIPPING CORP.
LEHIGH NAVIGATION-DODSON COMPANY
Edwin P. Rome, Esq.
Blank, Rome, Klaus & Comisky
1100 Four Pen Center Plaza
Philadelphia, Pa.  19107

LEHIGH VALLEY COAL SALES CO., INC.
LEHIGH VALLEY COAL SALES CO.
Morey M. Myers, Esq.
700 Scranton Life Bldg.
P.O. Box 889
Scranton, Pa.  18503

READING ANTHRACITE COAL CO.
  LIAISON COUNSEL
Edward F. Mannino, Esquire
Dilworth, Paxson, Kalish & Levy
2600 The Fidelity Building
Philadelphia, Pa.  19103
215-KI-6300

WILLIAM DOUGAN
Peter M. McGonigle, Esq.
Clary, Mimnaugh & McGonigle, P.C.
400 Market Street
805 Continental Bldg.
Philadelphia, Pa.  19106

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 293 -- IN RE ANTHRACITE COAL ANTITRUST LITIGATION

---

CARL J. TOMAINE, PRO SE.
341 Washington Ave.
Jermyn, Pa. 18433

JOSEPH A. FRANK
H. Kenneth Kudon, Esquire
Danzansky, Dickey, Tydings,
Quint & Gordon
1120 Connecticut Ave., N.W.
Washington, D. C. 20036

SUSQUEHANNA COAL COMPANY
Hopkin T. Rowlands, Jr., Esq.
Cohen, McDall, Rowlands & Geist
400 Bicentennial Bldg.
15 Public Square
Wilkes-Barre, Pa. 18710

F & D COAL SALES
Theodore W. Flowers, Esq.
1234 Market Street, 17th Floor
Philadelphia, Pa. 19107

CHARLES DILLEY
Patrick T. Ryan, Esq.
Drinker, Biddle & Reath
1100 PNB Bldg
Broad & Chestnut Streets
Philadelphia, Pa. 19102

FOSTER F. FRABLE
Arthur H. Kahn, Esq.
Schnader, Harrison, Segal & Lewis
1719 Packard Bldg.
Philadelphia, Pa. 19102

JAMES TEDESCO
Raymond W. Bergan, Esq.
Williams and Connelly
1000 Hill Bldg.
839 - 17th Street, N.W.
Washington, D. C. 20006

EUGENE BOURGER
Stanford Shmukler, Esq.
1314 Chestnut Street
12th Floor
Philadelphia, Pa. 19107

F AND D COAL SALES
Edward C. Mengel, Esq.
17th Floor
1234 Market
Philadelphia, Pa. 19107

READING ANTHRACITE COMPANY
Vincent B. Makowski, Esq.
Lark, Makowski, Marateck &
  Konopka
Pennsylvania Natl. Bank Bldg.
Shomokin, Pa. 19872

LEHIGH VALLEY ANTHRACITE, INC.
JEDDO-HIGHLAND COAL CO.
PAGNOTTI COAL CO.
PAGNOTTI ENTERPRISES, INC.
RONALD J. ULMER
    See LC (Edward F. Mannino, Esq.)

FARRAGUT ANTHRACITE
Leon Kline, Esquire
1201 P.S.F.S. Bldg.
12 S. 12th Street
Philadelphia, Pa. 19107

HELKER CONSTRUCTION
Lehigh and Poplar Streets
Mt Carmel, Pa. 17851

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 3

DOCKET NO. 293 -- IN RE ANTHRACITE COAL ANTITRUST LITIGATION

---

**KERRIS AND HELFRICK, INC.**
Lehigh and Poplar Street
Mt Carmel, Pa. 17851

JOSEPH J. FAUZIO
James Rosenberg, Esq.
Saul, Ewing, Remick and Saul
1500 Market Street
38th Floor Centre Sq. West
Philadelphia, Pa. 19102

THOMAS J. GILLEN
S. Shane Creamer, Esq.
Carroll, Creamer, Carroll
 and Duffy
Suite 326
3 Penn Center Plaza
Philadelphia, Pa. 19102

EUGENE J. BOURGER
Stanford Shmukler, Esq.
1314 Chestnut Street
12th Floor
Philadelphia, Pa. 19197


BETHLEHEM STEEL CO. *Cover Returned*
Hazelton, Pa.

JAMES J. DURKIN, SR.
RD #5
Box 399
Dallas, Pa. 18612

**GLEN ALDEN COAL CO.**
Stephen A. Marshall, Esq.
Rubin, Baum, Levin, Constant
 & Friedman
645 Fifth Ave.
New York, New York 10022

This attorney list was
compiled from pleading
no. 16-20 when appearances
not received.(Cases D-7 and D-8)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

NOTICE OF OPPOSITION -- CRO's filed 4/23/79

**GREENWOOD STRIPPING CORP., ET AL.**
Norman L. Holmes, Esq.
Blank, Rome, Comisky & McCauley
Four Penn Center Plaza
Philadelphia, Pa. 19103


**READING ANTHRACITE COMPANY, ET AL.**
Hope A. Comisky, Esq.
Dilworth, Paxson, Kalish, Levy
  & Kauffman
2600 The Fidelity Bldg.
Philadelphia, Pa. 19109

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 293 -- IN RE ANTHRACITE COAL ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| BLUE COAL CORP. | A-1, A-2, A-3, A-4, B-1, B-2, C-1, D-1, D-2, D-3, D-4, D-5, D-6 |
| GLEN BURN COLLIERY, INC. | A-1, A-2, A-3, A-4, B-1, B-2, C-1, D-1, D-2, D-3, D-4, D-5, D-6 |
| GREENWOOD STRIPPING CORP. | A-1, A-2, A-3, A-4, B-1, B-2, C-1, D-1, D-2, D-3, D-4, D-5, D-6, D-8 |
| LEHIGH NAVIGATION-DODSON CO. | A-1, A-2, A-3, A-4, B-1, B-2, C-1, D-1, D-2, D-3, D-4, D-5, D-6 |
| LEHIGH VALLEY COAL SALES DO., INC. | A-1, A-2, A-3, A-4, B-1, B-2, C-1, D-1, D-2, D-3, D-4, D-5, D-6, D-8 |
| READING ANTHRACITE COAL CO. | A-1, A-2, A-3, A-4, B-1, B-2, C-1, D-1, D-2, D-3, D-4, D-5, D-6, D-8 |
| William R. Dougan ✓ | D-1, D-8 |
| Joseph A. Frank ✓ | D-1, D-8 |
| Carl J. Tomaine ✓ | D-1, D-8 |
| Bethlehem Steel Corp. Hazleton, Pa. 0 | D-7 |
| F & D. Coal Sales Hazleton, Pa. 0 | D-7 |

p. 2

| | |
|---|---|
| James J. Tedesco ✗ | D-7 D-8 |
| Joseph J. Fauzio ✗  ○ | D-7 D-8 |
| Thomas J. Gillen ✗  ✓ | D-7 |
| James J. Durkin  ○ | D-7 |
| Foster F. Frable ✗ | D-7 D-8 |
| Eugene J. Bourger | D-7 D-8 |
| Ronald J. Ulmer  ✓ | D-7 |
| Glen Alden Coal Co.  ○ | D-8 |
| Farragut Anthracite | D-8 |
| Kerris & Helfrick, Inc. | D-8 |
| Helker Construction | D-8 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 293 -- In re Anthracite Coal Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Jeddo Highland Coal Co. | D-8 |
| Pagnotti Coal Co. | D-8 |
| Pagnotti Enterprises, Inc. | D-8 |
| Thomas J. Gillen | D-8 |
| Charles W. Dilley | D-8 |
| | |
| | |
| | |
| | |
| | |